IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

CAROLYN A. D.,
    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.

Case No. 1:24-cv-01377-JEH

### Order

The Court has reviewed the Joint Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (D. 14). The Court therefore GRANTS the Motion and awards the Plaintiff, Carolyn A. D., $8,000.00 for attorney fees and expenses in full satisfaction of any and all claims the Plaintiff may have under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The award fully and completely satisfies any and all claims for attorney fees, expenses, and costs that may be payable to the Plaintiff in this matter under the EAJA.

Any fees paid belong to the Plaintiff and not her attorney. The fees can be offset to satisfy any pre-existing debt that the Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). If the Defendant can verify that the Plaintiff does not owe pre-existing debt to the government subject to offset, the Defendant will direct that the award be made payable to the Plaintiff's attorney, Bryan Konoski, pursuant to the EAJA assignment that was executed between the Plaintiff and her attorney. If payment is mailed as compared to electronically deposited, it shall be mailed to counsel's address of record:

Konoski & Partners, PC
180 Tices Lane
Suite 204, Bldg. A
East Brunswick, NJ 08816

*It is so ordered.*

Entered on February 2, 2026

<u>s/Jonathan E. Hawley</u>
U.S. DISTRICT JUDGE

2